FILED: March 31, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1408
(5:14-cv-00323-D)

_____

POLYZEN, INC., a North Carolina Company

  Plaintiff - Appellant

v.

RADIADYNE, LLC, a Texas Limited Liability Corporation

  Defendant - Appellee

_____

O R D E R

_____

  The clerk administratively closes this appeal.

          For the Court--By Direction

          <u>/s/ Patricia S. Connor, Clerk</u>